**Exhibit 25**

