**Exhibit 26**

**From:** "Johnson, Dana L." <DJohnson2@bcps.k12.md.us>
**Date:** February 5, 2020 at 5:42:31 AM EST
**To:** "Clark, Tyesha L." <TLClark@bcps.k12.md.us>, "Smith, Lawrence E." <LESmith@bcps.k12.md.us>, "coachkeithbooth@gmail.com" <coachkeithbooth@gmail.com>, "brightdonta44@gmail.com" <brightdonta44@gmail.com>, "dale_sol_1976@yahoo.com" <dale_sol_1976@yahoo.com>, "mrtyj@aol.com" <mrtyj@aol.com>, "McClain, Douglas" <DMcClain01@bcps.k12.md.us>, "Cobbs, Nikki - (Baltimore City)" <NCobbs@baltimorecity.gov>, "kimselby3@aol.com" <kimselby3@aol.com>
**Subject: 2nd Quarter GPA's & Attendance**

Good Morning,

Attached are the GPA's and attendance for the Winter Student-Athletes. Those students that have less than a 2.0 are hi-lited orange. If the student-athlete has less than a 2.0 for the quarter, **THEY ARE NO LONGER ELIGIBLE AS OF TODAY!** That means they **CAN NOT PRACTICE OR PLAY!** Students should be getting report cards today. If their quarter GPA is different from what I have, please tell them to bring me their report card. Also, you will see their 2nd quarter attendance. Those student-athletes that have less than 85% attendance are hi-lited yellow.

Thank you for your patience and cooperation.

**Dana Johnson, C. A. A.**
**Physical Educator/Athletic Director**
**Paul Laurence Dunbar High School**
1400 Orleans St.
Baltimore, Maryland 21231
410.396.9487 (o)
410.545.1682 (f)

NOTICE: The information contained in this e-mail may be confidential and is intended solely for the use of the named addressee. Access, copying or re-use of the e-mail or any information contained herein by any other person is not authorized. If you are not the intended recipient please notify us immediately by returning the e-mail to the originator.

# JV Boys Basketball

# JV Girls Basketball

# Varsity Boys Basketball

Attendance 95%  GPA 2.4

# Varsity Girls Basketball





